UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                                                      CASE NO.: 16-41439
                                                                                                CHAPTER 13

Marvin McElroy, Jr.,
    Debtor,

Patrice Monique McElroy,
    Joint Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2005-HE1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                                       Robertson, Anschutz & Schneid, P.L.
                                                       Authorized Agent for Secured Creditor
                                                       6409 Congress Ave., Suite 100
                                                       Boca Raton, FL 33487
                                                       Telephone: 561-241-6901
                                                       Facsimile: 561-997-6909
                                                       By: /s/April Harriott
                                                       April Harriott, Esquire
                                                       Email: aharriott@rasflaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICES OF PATRICK L. FORTE
1624 FRANKLIN ST. #911
OAKLAND, CA  94612

MARVIN MCELROY, JR.
1326 DEVONSHIRE AVENUE
SAN LEANDRO, CA  94579

PATRICE MONIQUE MCELROY
1326 DEVONSHIRE AVENUE
SAN LEANDRO, CA  94579

MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA  94540

OFFICE OF THE U.S. TRUSTEE/OAK
1301 CLAY ST. #690N
OAKLAND, CA  94612

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/April Harriott
April Harriott, Esquire
Email: aharriott@rasflaw.com