PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 16-41439 RLE** |
| **MARVIN MCELROY, JR. And**<br>**PATRICE MONIQUE MCELROY,** | **Chapter 13** |
|       **Debtors.** | **NOTICE OF SECOND AMENDED**<br>**CHAPTER 13 PLAN AND**<br>**DEADLINE TO FILE OBJECTION** |
| _____/ | |

  **NOTICE IS HEREBY GIVEN** that Marvin McElroy, Jr. & Patrice Monique
McElroy, debtors herein, have amended their Chapter 13 Plan. A copy
of the Second Amended Chapter 13 Plan is attached hereto. Any
objections to the Plan must be filed with the Court and received by
the undersigned at 1624 Franklin Street, Suite 911, Oakland,
California 94612 on or before November 8, 2016. Failure to object may
result in the confirmation of the Plan.

Dated: October 18, 2016

          /s/ Patrick L. Forte
          PATRICK L. FORTE
          Attorney for Debtors